**Order entered June 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00666-CV

### ADELMIRA GARZA, Appellant

### V.

### JAMIE MARIE SANCEN, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-02995-2014**

## ORDER

We **GRANT** appellant's May 29, 2015 motion for an extension of time to file a notice of appeal. The notice of appeal filed on May 22, 2015 is deemed timely for jurisdictional purposes.

We **DENY** as moot appellee's May 28, 2015 motion to dismiss.

/s/    ELIZABETH LANG-MIERS
          JUSTICE